# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | Case No. 15-11022-elf |
| ) | |
| Hoang V. Ngo ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

## CREDITOR REQUEST FOR NOTICES

NOW COMES Cadles of West Virginia LLC and requests to be placed on the mailing matrix of this case. The address is as follows:

   Cadles of West Virginia LLC
   Attention: 0A350576
   100 North Center Street
   Newton Falls, OH  44444-1321

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Cadles of West Virginia LLC
By:  The Cadle Company, Servicer

Date: March 6, 2018

By: /s/ *Shirley Siwicki*
Name:  Shirley Siwicki
Its: Account Officer
100 North Center Street
Newton Falls, OH  44444
(888) 462-2353, Extension 3504
shirley.siwicki@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-11022-elf |
| | ) | |
| Hoang V. Ngo | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Creditor Request for Notices was deposited in the United States mail, first class, postage prepaid, on March 6, 2018 unless notified electronically via the Notice of Filing, addressed to the following:

William C. Miller, Trustee
P. O. Box 1229
Philadelphia, PA  19105


James D. Moran, Esq.
Land Title Building
100 South Broad Street, Suite 2230
Philadelphia, PA  19110

/s/ *Kathleen J. Bryner*
Kathleen J. Bryner, Bankruptcy Secretary