```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 15-11022-elf
Hoang V. Ngo                                                        Chapter 13
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2       User: PaulP              Page 1 of 1        Date Rcvd: Mar 08, 2018
                           Form ID: trc             Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13571507          Liquidating Agent,American Bakery Worers FCU,4807
                                                                            TOTALS: 1, * 0, ## 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    U.S. Bank National Association Et al. paeb@fedphe.com
              JAMES D. MORAN    on behalf of Debtor Hoang V. Ngo jamesdmoran@hotmail.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association Et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION KMcDonald@blankrome.com
              SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
               senique.moore@wellsfargo.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                         TOTAL: 10
```

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-11022-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Hoang V. Ngo
1970 Devereaux Avenue
Philadelphia PA 19149

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/06/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Liquidating Agent, American Bakery Worers FCU, 4807 | Cadles of West Virginia LLC<br>100 North Center Street<br>Newton Falls, OH 44444 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/10/18

Tim McGrath
**CLERK OF THE COURT**