# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-11022-ELF

HOANG V. NGO

1970 DEVEREAUX AVENUE

PHILADELPHIA, PA 19149

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  HOANG V. NGO

  1970 DEVEREAUX AVENUE

  PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

  JAMES MORAN ESQUIRE
  512 SOUTH 47TH ST.
  SECOND FLOOR
  PHILADELPHIA, PA 19143-

Date: 7/8/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee