## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       :        CHAPTER 13
HOANG V. NGO                                 :
                    Debtor  :        BK. No. 15-11022 ELF

### ORDER

(Doc. # 83)

AND NOW, this 7th day of August , 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**