UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
HOANG V. NGO

Chapter 13

Debtor  Bankruptcy No. 15-11022-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 7, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JAMES MORAN ESQUIRE  
512 SOUTH 47TH ST.  
SECOND FLOOR  
PHILADELPHIA, PA 19143-

Debtor:  
HOANG V. NGO

1970 DEVEREAUX AVENUE

PHILADELPHIA, PA 19149