United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-11022-elf
Hoang V. Ngo                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1              Date Rcvd: Aug 07, 2019
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db            +Hoang V. Ngo,    1970 Devereaux Avenue,    Philadelphia, PA 19149-3442
cr            +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: gocadle@cadleco.com Aug 08 2019 02:58:52      Cadles of West Virginia LLC,
               100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                        TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    U.S. Bank National Association Et al. paeb@fedphe.com
              JAMES D. MORAN   on behalf of Debtor Hoang V. Ngo jamesdmoran@hotmail.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association Et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW   on behalf of Creditor    U.S. Bank National Association Et al.
               robert.davidow@phelanhallinan.com
              SENIQUE MONEE MOORE   on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
               senique.moore@wellsfargo.com
              THOMAS I. PULEO   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :    **CHAPTER 13**
HOANG V. NGO                                             :
                                  **Debtor**            :    **BK. No. 15-11022 ELF**

### ORDER

(Doc. # 83)

AND NOW, this  7th   day of   August   , 2019, it is hereby **ORDERED** that the corresponding Stipulation is

hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**