United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-11022-elf
Hoang V. Ngo                                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa              Page 1 of 2             Date Rcvd: Aug 07, 2019
                              Form ID: pdf900         Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
```
db          +Hoang V. Ngo,    1970 Devereaux Avenue,    Philadelphia, PA 19149-3442
cr          +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
              Fort Mill, SC 29715-7203
13473900     ASC.,    PO Box 10388,    Des Moines, IA 50306-0388
13473899    +American Bakery Workers, FCU,    7521 Veree Rd.,,    Philadelphia, PA 19111-3124
13473901    +KML Law Group, PC,    701 Market Street, Suite 5000,,    Philadelphia, PA 19106-1541
13564716    +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13473903    +PNC National Nank,    FKA National City Mortgage Company,    3232 Newark Drive,,
              Miamisburg, OH 45342-5421
13501249    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13473904    +Tammy Wynn,    C/O Philadelphia Family Court,,    34 S. 11th St.,,    Philadelphia, PA 19107-3623
13839374    +Thomas Puleo,    KML Law Group P.C.,    c/o PNC Bank National Assoc.,
              701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13569999    +U.S. Bank National Association, Et al.,    America's Servicing Company,
              Attention: Bankruptcy Department,    MAC #D3347-014,    3476 Stateview Blvd.,
              Fort Mill, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 08 2019 02:58:59     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2019 02:58:37
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2019 02:58:54     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13565914       E-mail/Text: megan.harper@phila.gov Aug 08 2019 02:58:58     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14068818      +E-mail/Text: gocadle@cadleco.com Aug 08 2019 02:58:52     Cadles of West Virginia LLC,
              100 North Center Street,    Newton Falls, OH 44444-1321
13473902      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 08 2019 02:58:31      PECO Energy,
              Bankruptcy Dept.,    2301 Market St.,,    Philadelphia, PA 19103-1338
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13565039      James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13565042      James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13571507      Liquidating Agent,American Bakery Worers FCU,4807
13571506      Liquidating Agent,American Bakery Workers FCU, 480
cr*          +Cadles of West Virginia LLC,    100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                   TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    U.S. Bank National Association Et al. paeb@fedphe.com
              JAMES D. MORAN    on behalf of Debtor Hoang V. Ngo jamesdmoran@hotmail.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association Et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                   Date Rcvd: Aug 07, 2019
                               Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
         ROBERT J. DAVIDOW    on behalf of Creditor    U.S. Bank National Association Et al.
         robert.davidow@phelanhallinan.com
         SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
         senique.moore@wellsfargo.com
         THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                   TOTAL: 12

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HOANG V. NGO | Chapter 13 |
| Debtor | Bankruptcy No. 15-11022-ELF |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 7, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
512 SOUTH 47TH ST.
SECOND FLOOR
PHILADELPHIA, PA 19143-

Debtor:
HOANG V. NGO

1970 DEVEREAUX AVENUE

PHILADELPHIA, PA 19149